United States District Court
Northern District of Texas, Dallas Division



Ammerman, Dennis-Dean

**Beneficial Owner**

Alien Property Custodian representative

**Trustee**

3- 23CV0267 - C

Claim for Property from Alien Property Custodian

# Claim for Property from Alien Property Custodian

By order of the President the war has ended between United States and the Ammerman Family. I, Dennis-Dean have taken and subscribed the Amnesty Oath. As the trustee in this matter, it is my wish that you preserve my oath on the appropriate permanent record for the matter at hand. See attached Exhibit 1 entered into evidence titled "Amnesty Oath."

Pursuant to 13 Stat 737, by order of the President of the United States, I have met the requirements for the full return of my property under the trust created with the Alien Property Custodian described in 50 U.S.C. §4312.

I hereby claim the following property under my self-governing dominion by mandate of the President of the United States:

1) DENNIS DEAN AMMERMAN - (BC No. 60 15658) (Alien property custodian trust) and all related property and money.

2) See attached Exhibit 2 entered into evidence titled "Captured property receipt."

Executed on __1/25/23__.

_Dennis-Dean_ (signature)

Dennis-Dean, A loyal American

# Exhibit 1

# Amnesty Oath

50 USC 4305(b)(2)                                                                                             50 USC 4305(b)(2)

# *Amnesty Oath*

I, Dennis-Dean: of the Ammerman Clan, of Fate, Texas do solemnly proclaim, in the presence of YHVH, the Creator of All Things, that I will henceforth faithfully support, protect, and defend the Constitution of the United States, the Union of States, the Republic of Texas, and my Estate/State, and that I will, in like manner, abide by and faithfully support all the laws and proclamations which have been made during the rebellion with reference to providing help to all wounded and restore public order especially as it related to the restoration of the Republic under 50 USC 4305(b)(2) with the divine assistance of YHVH.

Proclaimed and Subscribed on this __1ST__ day of December, two thousand twenty-one.

_[signature]_

State of Texas
County of Rockwall

Personally, appeared before me, the undersigned, Who acknowledged that **dennis-dean: ammerman** Executed the above and foregoing instrument, THIS DECEMBER 1, 2021.

_[signature]_
NOTARY PUBLIC

My Commission expires NOV 1, 2022

LINDA DE BREE
Notary Public
STATE OF TEXAS
Notary I.D. 13178233-8
My Comm. Exp. Nov. 1, 2022

50 USC 4305(b)(2)                                                                                             50 USC 4305(b)(2)

# Exhibit 2

# Captured Property Receipt

**CERTIFICATE OF VITAL RECORD**

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

| STATE OF GEORGIA CERTIFICATE OF LIVE BIRTH | Death Number | Local File Number | 1. State File Number 1955GA060015658 |
|---|---|---|---|
| 2. CHILD'S NAME: FIRST 3 MIDDLE 4 LAST 5 JR., III, ETC. DENNIS DEAN AMMERMAN | | 6. SEX (M or F) MALE | 7. DATE OF BIRTH (Mo., Day, Year) 10/30/1955 |
| 8. TIME OF BIRTH 00:01 MILITARY | 9. THIS BIRTH (Single, Twin, Triplet, Etc.) SINGLE | 10. IF NOT SINGLE SPECIFY BIRTH ORDER | |
| 11. CITY, TOWN, OR LOCATION OF BIRTH ATLANTA | 12. HOSPITAL FACILITY NAME (If not Hospital, give street and Number.) CRAWFORD LONG HOSPITAL | | |
| 13. IF NOT HOSPITAL, Specify | 14. COUNTY OF BIRTH FULTON | | |
| 15. MOTHER'S NAME FIRST 16. MIDDLE 17. LAST GLORIA AMMERMAN | | | 18. MAIDEN (Last Name) COLCLASURE |
| 19. DATE OF BIRTH (Month, Day, Year) | 20. STATE OF BIRTH (If not U.S.A., Name Country) KANSAS | 21. RESIDENCE - STATE GEORGIA | 22. COUNTY FULTON |
| 23. CITY, TOWN OR LOCATION RED OAK | 24. STREET AND NUMBER OF RESIDENCE BOX 153 | | |
| 25. MOTHER'S MAILING ADDRESS BOX 153 RED OAK GEORGIA 30272 | | 26. RESIDENCE INSIDE CITY LIMITS? (yes or No) YES | |
| 27. FATHER'S NAME FIRST 28. MIDDLE 29. LAST, JR., ETC. LEE DEAN AMMERMAN | | 30. DATE OF BIRTH (Month, Day, Year) | 31. STATE OF BIRTH (If not U.S.A., Name Country) MISSISSIPPI |
| 32a. INFORMANT'S NAME (Type or Print) GLORIA C. AMMERMAN | 32b. RELATION TO CHILD MOTHER | 33. PARENTS AUTHORIZE RELEASE OF INFORMATION TO SOCIAL SECURITY ADMINISTRATION TO ISSUE THIS CHILD A SOCIAL SECURITY NUMBER. (Yes or No) YES | |
| 34. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature) Electronically signed by /S/ NOT RECORDED | 35. DATE SIGNED (Mo., Day, Year) 11/02/1955 | 36. ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) (Name) NOT RECORDED 37. (Title) NOT RECORDED | |
| 38. CERTIFIER (Type or Print) (Name) NOT RECORDED (Title) NOT RECORDED | 39. PHYSICIAN'S MEDICAL LIC. NO. | 40. CERTIFIER-MAILING ADDRESS (Street or R.F.D No., City or Town, State, Zip) NOT RECORDED | |
| 41. REGISTRAR (Signature) Electronically signed by /S/ CHRISTOPHER JP HARRISON | | 42. DATE RECEIVED BY STATE REGISTRAR (Mo., Day, Year) 11/02/1955 | |

GEORGIA DEPARTMENT OF PUBLIC HEALTH, VITAL RECORDS SERVICE — Form 3901A (Rev. 01/2013)

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION WITH THE GEORGIA DEPARTMENT OF PUBLIC HEALTH, STATE OFFICE OF VITAL RECORDS. THIS CERTIFIED COPY IS ISSUED UNDER CODE OF GEORGIA AND 511-1-3, DPH RULES AND REGULATIONS. Any reproduction of this document is prohibited by statute. Do not accept unless on secured paper with seal of Vital Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

5612717

BY JUL 1 9 2021



State Registrar

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

S1974169

STATE OFFICE GA VITAL RECORDS



VOID IF ALTERED OR COPIED

United States District Court
Northern District of Texas, Dallas Division

Ammerman, Dennis-Dean

*Beneficial Owner*

_____

Alien Property Custodian representative

*Trustee*

Contact Information

## Contact Information

My phone number is (423) 240-3036.

I receive email immediately through other electronic means. My email address is ammerhawk@gmail.com.

Please use either method above to contact me.

Godspeed,

_____
Dennis-Dean, A loyal American

Page **1** of **1**

United States District Court
Northern District of Texas, Dallas Division

Ammerman, Dennis-Dean

**Beneficial Owner**

---

Alien Property Custodian representative

**Trustee**

Instructions to Handle Claim

# Instructions to Handle Claim

1) For DENNIS DEAN AMMERMAN (BC No. 60 15658): place all property into special trust deposit with United States Treasury. Please link the property to DENNIS DEAN AMMERMAN – ESTATE EIN (61-6669663).

2) Please convert the Social Security account into the pass-through account required for me to access my property in the Treasury account.

3) Find all debts and apply the proper credit to balance the books. Clean the record as though we were born yesterday.

4) Link a debit card to the security instrument or the account with the security instrument that will allow for an unlimited discharge of debt with a balancing of the books daily.

Page 1 of 2

5) A trustee shall be available for depositing additional securities and discharging debts that are not easily discharged with the debit cards.

6) Issue an immediate $25,000 disbursement check from DENNIS DEAN AMMERMAN – ESTATE for daily expenses until the debit card is delivered.

7) I wish for Treasury to remain the trustee at this time.

8) If there is any question about these instructions, more information is needed, or any other matter needs to be discussed with me to complete these instructions, the trustee is to contact me directly.

I declare under penalty of perjury under the laws of the United States of America, and we will appear mind, body, and soul, to verify that the foregoing is true and correct.

Executed on  1/25/23

*[signature]*

Dennis-Dean, A loyal American

January 25, 2023

U. S. District Court
1100 Commerce St.
Room 1452
Dallas, Texas 75242



TO WHOM IT MAY CONCERN:

Please find enclosed a Request for Hearing with the Alien Property Custodian Representative.

The enclosed paperwork is submitted in its entirety.

If you need to contact me the last page of this submittal has my email and phone number

Thank you in advance for your assistance,

Dennis-Dean,
A loyal American

ENCL.

Dennis Dean
c/o 505 Pleasant Hill Ln.
Fate Texas [75189]



U.S. District Court
1100 Commerce St.
Room 1452
Dallas Texas
         75242